# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TERRANCE LORENZO MOSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  2:20-cv-00547-LCB-NAD |
| ) | |
| EDWARD ELLINGTON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MEMORANDUM OPINION

Plaintiff Terrance Lorenzo Mosley filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 alleging violations of his rights under the Constitution or laws of the United States. (Doc. 1). On February 7, 2022, the magistrate judge entered a report recommending the court grant the defendants' motion for summary judgment, (Docs. 36 & 38), and dismiss Mosley's complaint with prejudice. (Doc. 43). Although the parties were advised of their right to file specific written objections within 14 days, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Accordingly, the defendants' motion for summary judgment, (Docs. 36 & 38), is due to be **GRANTED**, the court finding no genuine issues of material fact exist.

The court will enter a separate Final Judgment.

**DONE** and **ORDERED** this March 3, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE